

**ORDERED in the Southern District of Florida on March 8, 2018.**

John K. Olson, Judge
United States Bankruptcy Court
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

IN RE:                                              Case No. 18-11800-JKO
Manuel D. Estrada                                   Chapter 13

           Debtor.                           /

### ORDER DISCHARGING ORDER TO SHOW CAUSE FOR DISMISSAL AND GRANTING WELLS FARGO BANK, N.A. PROSPECTIVE RELIEF FROM STAY

**THIS CASE** came on for hearing on March 7, 2018, upon the *Order to Show Cause for Dismissal of Case* [DE 14] and Secured Creditor's, Wells Fargo Bank, N.A., *Response* [DE 22]. For the reasons stated in Court, it is:

**ORDERED** as follows:

1.      The *Order to Show Cause for Dismissal of Case* [DE 14] is discharged.

2.      That Secured Creditor, PNC Bank, National Association, shall have prospective relief from the automatic stay, in accordance with 11 U.S.C. Section 362(d)(4), for the purpose of foreclosing its Note and Mortgage relating to real property described as follows:

15-291427

LOT 88, SILVER LAKES PHASE III PARCEL Y, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 157, PAGE 11, OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA.

More commonly known as 17755 Southwest 27th Court, Miramra, FL 33029.

3. Secured Creditor, Wells Fargo Bank, N.A., shall have *in rem* relief as to the aforementioned property for a period of two (2) years and may record this Order in the public records. This Order shall be binding in any other case filed by this Debtor, or any other Debtor, under this title purporting to affect the aforementioned property.

4. That the automatic stay with regard to the aforementioned property is hereby modified to allow Secured Creditor, Wells Fargo Bank, N.A., to proceed in a foreclosure action in any court of competent jurisdiction and that the aforementioned property can be sold at a clerk's sale without any further order of this Court.

4. This Order grants *in rem* relief only and does not authorize Secured Creditor, Wells Fargo Bank, N.A., to seek or obtain *in personam* relief against Debtor.

###

**Submitted by:**
Lindsey Savastano
2424 N. Federal Highway
Suite 360
Boca Raton, FL 33431
Telephone: 561-542-7621
lsavastano@LOGS.com

The party submitting this order shall serve a copy of the signed order on all parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).